| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Hector Rivera | Telephone: (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Pedro HERNANDEZ-IXCOY

Case No. 2:25-mj-30190
Judge: Unassigned,
Filed: 03-28-2025 At 03:13 PM
CMP USA V. PEDRO HERNANDEZ-IXCOY (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 27, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about March 27, 2025, in the Eastern District of Michigan, Southern Division, Pedro HERNANDEZ-IXCOY, an alien from Guatemala, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about July 31, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(

[X] Continued on the attached sheet.

_Hector Rivera_
Complainant's signature

Hector Rivera, Deportation Officer, ICE/ERO
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 28, 2025

_Elizabeth A. Stafford_
Judge's signature

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

## **AFFIDAVIT**

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Pedro HERNANDEZ-IXCOY, an alien who has previously been removed from the United States on or about July 31, 2019, at or near San Antonio, Texas, and was thereafter found in the United States on or about March 27, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to HERNANDEZ-IXCOY. I have not included every fact known to law enforcement related to this investigation.

4. HERNANDEZ-IXCOY is a twenty-nine-year-old citizen and a native of Guatemala who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On April 9, 2015, the United States Border Patrol (USBP) encountered HERNANDEZ-IXCOY at or near McAllen, Texas and served him with an I-860, Notice and Order of Expedited Removal. On April 14, 2015, ICE removed HERNANDEZ-IXCOY from the United States to Guatemala via Air Operations in Brownsville, Texas.

1

6. On February 19, 2018, USBP encountered HERNANDEZ-IXCOY at or near McAllen, Texas and served him with an I-871, Notice of Intent/Decision to Reinstate Prior Order. On February 26, 2018, ICE removed HERNANDEZ-IXCOY from the United States to Guatemala via Air Operations in Brownsville, Texas.

7. On July 23, 2019, USBP encountered HERNANDEZ-IXCOY at or near McAllen, Texas and served him with an I-871, Notice of Intent/Decision to Reinstate Prior Order. On July 31, 2019, ICE removed HERNANDEZ-IXCOY from the United States to Guatemala via Air Operations in San Antonio, Texas.

8. On March 27, 2025, the ICE/HSI Task Force Team traveled to the area of 60XX Beechwood St. Detroit, MI, in search of Pedro HERNANDEZ-IXCOY. At approximately 9:00 a.m., a male subject matching the physical description of HERNANDEZ-IXCOY departed the residence in a tan-colored Nissan Sentra bearing Michigan plate EHY2459, a vehicle known to be utilized by HERNANDEZ-IXCOY. Officers initiated a vehicle stop at or near Milford and Cobb St. in Detroit, MI, to identify the Hispanic male based on the reasonable suspicion that this individual matched the description of HERNANDEZ-IXCOY who was seen exiting the residence. Officers identified themselves, made contact with the driver and requested identification.

9. HERNANDEZ-IXCOY stated his name to be Pedro HERNANDEZ-IXCOY, and stated he is a citizen and national of Guatemala. HSI TFOs' placed HERNANDEZ-IXCOY under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

10. HSI TFOs' transported HERNANDEZ-IXCOY to the Detroit Field Office for processing. The arrest and subsequent detention of HERNANDEZ-IXCOY was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. HERNANDEZ-IXCOY's fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Pedro HERNANDEZ-IXCOY, a native and citizen of Guatemala who had previously been removed from the United States.

12. A review of HERNANDEZ-IXCOY's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that HERNANDEZ-IXCOY did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on July 31, 2019.

13. On March 27, 2025, ICE-ERO served HERNANDEZ-IXCOY with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

14. Based on the above information, I believe there is probable cause to conclude that Pedro HERNANDEZ-IXCOY is an alien who has previously been removed from the United States on or about July 31, 2019, at or near San Antonio, Texas and was thereafter found in the United States on or about March 27, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

_Hector Rivera_
Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_Elizabeth A. Stafford_
Honorable Elizabeth A. Stafford
United States Magistrate Judge

3